IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

BRAJA SMITH,

    Plaintiff,

v.

BRIAN OWENS; BRUCE CHATMAN;
LARRY BRUTON; STEVE UPTON;
JOHN PAUL; and WINDELL FOWLER,

    Defendants.

CIVIL ACTION NO.: CV612-107

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendants' Motion to Dismiss is **GRANTED**. Plaintiff's complaint is **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this 29th day of May, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)